Michael T. Welch (#122630)
LAW OFFICES OF MICHAEL T. WELCH
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Tel:    (415) 399-1500
Fax:   (415) 399-0445
Email:  mw@mwelchlaw.com

Attorneys for Plaintiff CHARO OROSA

L. Julius M. Turman, SBN 226126
Philip J. Smith, SBN 232462
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    (415)442-1000
Fax:   (415)442-1001
Email:  jturman@morganlewis.com
Email:  philip.smith@morganlewis.com

Attorneys for Defendants THERAKOS, INC. and JOHNSON & JOHNSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARO OROSA, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> THERAKOS INC., a corporation; JOHNSON & JOHNSON, INC., a corporation, <br><br> Defendant | CASE NO. CV-11-02143 EMC <br><br> **STIPULATION AND P**~~**ROPOSED**~~ **ORDER MODIFYING FIRST AMENDED CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISCOVERY CUTOFF DATE AND OTHER DIRECTLY RELATED DATES** <br> (as modified) |

-1-

Plaintiff CHARO OROSA ("OROSA") and defendants THERAKOS, INC. ("THERAKOS") and JOHNSON & JOHNSON, INC. ("J&J") (collectively referred to as "the Parties") hereby stipulate to, and request that the Court accept the stipulation of counsel for a change to the Case Management Scheduling Order as provided and based on the following grounds:

Due to the unavailability of defendants' counsel due to other trial and related matters in recent weeks and continuing through December, 2012, which has had and will continue to have the effect of delaying the ability of plaintiff's counsel to complete his remaining discovery, particularly a number of out-of-state depositions, before the currently scheduled discovery cut-off date of December 7, 2012, and plaintiff's counsel's willingness and desire to accommodate the schedule of defendants' counsel that presents this conflict, the parties hereby stipulate, and request that the Court accept the parties' stipulation, to modify the current First Amended Case Management Conference And Pretrial Order for Jury Trial so that the discovery cutoff date, and related pretrial event dates affected by that cutoff date, are extended as follows:

1. The Non-Expert Discovery Cutoff is extended from the prior date of December 7, 2012, to January 14, 2013;

2. The Expert Reports - Opening reports due date is extended from the prior date of December 7, 2012, to January 14, 2013, and the Rebuttal reports due date is extended from the prior date of December 28, 2012 to February 4, 2013;

3. The Expert Discovery Cut-off is extended from January 18, 2013 to February 18, 2013; and

4. The last day for Dispositive Motions to be heard is extended from March 1, 2013 at 1:30 P.M., to March ~~29~~ 21, 2013 at 1:30 P.M..

All other pre-trial and trial dates shall remain the same as currently scheduled in the First Amended Case Management Conference And Pretrial Order For Jury Trial.

IT IS SO STIPULATED.

-2-

**STIPULATION AND PROPOSED ORDER MODIFYING FIRST AMENDED CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISCOVERY CUTOFF DATE AND OTHER DIRECTLY RELATED DATES**

DATED: December 6, 2012                LAW OFFICES OF MICHAEL T. WELCH

                                       By: /S/   *Michael Welch*
                                           Michael T. Welch
                                           Attorneys for Plaintiff
                                           CHARO OROSA

DATED:  December 6, 2012               MORGAN, LEWIS & BOCKIUS LLP

                                       By:  /S/   *Julius M. Turman*
                                           L. Julius M. Turman
                                           Philip J. Smith
                                           Attorneys for Defendants
                                           THERAKOS, INC. and JOHNSON &
                                           JOHNSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December __11__, 2012

_____
The Honorable
United States

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

-3-

**STIPULATION AND PROPOSED ORDER MODIFYING FIRST AMENDED CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISCOVERY CUTOFF DATE AND OTHER DIRECTLY RELATED DATES**