1  Michael T. Welch (#122630)
   LAW OFFICES OF MICHAEL T. WELCH
2  Four Embarcadero Center, 39th Floor
   San Francisco, California  94111
3  Tel:     (415) 399-1500
   Fax:     (415) 399-0445
4  Email:   mw@mwelchlaw.com

5  Attorneys for Plaintiff CHARO OROSA

6  L. Julius M. Turman, SBN 226126
   Philip J. Smith, SBN 232462
7  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
8  San Francisco, CA 94105-1126
   Tel:     (415)442-1000
9  Fax:     (415)442-1001
   Email:   jturman@morganlewis.com
10 Email:   philip.smith@morganlewis.com

11 Attorneys for Defendants THERAKOS, INC. and JOHNSON & JOHNSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARO OROSA, an Individual, | CASE NO. CV-11-02143 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND P**~~ROPOSED~~ **ORDER MODIFYING FIRST AMENDED CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISCOVERY CUTOFF DATE AND OTHER DIRECTLY RELATED DATES** |
| THERAKOS INC., a corporation; JOHNSON & JOHNSON, INC., a corporation, | |
| Defendant | (as modified) |

-1-

Plaintiff CHARO OROSA ("OROSA") and defendants THERAKOS, INC. ("THERAKOS") and JOHNSON & JOHNSON, INC. ("J&J") (collectively referred to as "the Parties") hereby stipulate to, and request that the Court accept the stipulation of counsel for a change to the Case Management Scheduling Order as provided and based on the following grounds:

Due to the unavailability of defendants' counsel due to other trial and related matters in recent weeks and continuing through December, 2012, which has had and will continue to have the effect of delaying the ability of plaintiff's counsel to complete his remaining discovery, particularly a number of out-of-state depositions, before the currently scheduled discovery cut-off date of December 7, 2012, and plaintiff's counsel's willingness and desire to accommodate the schedule of defendants' counsel that presents this conflict, the parties hereby stipulate, and request that the Court accept the parties' stipulation, to modify the current First Amended Case Management Conference And Pretrial Order for Jury Trial so that the discovery cutoff date, and related pretrial event dates affected by that cutoff date, are extended as follows:

1. The Non-Expert Discovery Cutoff is extended from the prior date of December 7, 2012, to January 14, 2013;

2. The Expert Reports - Opening reports due date is extended from the prior date of December 7, 2012, to January 14, 2013, and the Rebuttal reports due date is extended from the prior date of December 28, 2012 to February 4, 2013;

3. The Expert Discovery Cut-off is extended from January 18, 2013 to February 18, 2013; and

4. The last day for Dispositive Motions to be heard is extended from March 1, 2013 at 1:30 P.M., to March ~~29~~ 21, 2013 at 1:30 P.M..

All other pre-trial and trial dates shall remain the same as currently scheduled in the First Amended Case Management Conference And Pretrial Order For Jury Trial.

IT IS SO STIPULATED.

-2-

DATED: December 6, 2012                          LAW OFFICES OF MICHAEL T. WELCH

By: /S/  *Michael Welch*
    Michael T. Welch
    Attorneys for Plaintiff
    CHARO OROSA

DATED:  December 6, 2012                         MORGAN, LEWIS & BOCKIUS LLP

By: /S/  *Julius M. Turman*
    L. Julius M. Turman
    Philip J. Smith
    Attorneys for Defendants
    THERAKOS, INC. and JOHNSON & JOHNSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2012

_____
The Honorable
United States

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

-3-

**STIPULATION AND PROPOSED ORDER MODIFYING FIRST AMENDED CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISCOVERY CUTOFF DATE AND OTHER DIRECTLY RELATED DATES**