L. JULIUS M. TURMAN (SBN 226126)
PHILIP J. SMITH (SBN 232462)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
Email: jturman@morganlewis.com
       philip.smith@morganlewis.com

Attorneys for Defendant
THERAKOS, INC. and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARO OROSA, an Individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>THERAKOS INC., a corporation; JOHNSON & JOHNSON, INC., a corporation,<br><br>        Defendant. | Case No. CV-11-02143 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER MODIFYING CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER FOR JURY TRIAL, AS TO DISPOSITIVE MOTION AND STATUS CONFERENCE DEADLINES** |

Plaintiff Charo Orosa ("Plaintiff") and Defendants Therakos, Inc. and Johnson & Johnson (together, "Defendants")(Plaintiff and Defendants will be collectively referred to as the "Parties") hereby stipulate, by and through their respective counsel, as follows:

Whereas, the Court's December 11, 2012 Order and Docket Entry collectively set the following procedural deadlines:

February 14, 2013 – last day for Defendants to file their dispositive motion; and

March 21, 2013 – last day for dispositive motions to be heard.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO CONTINUE
DISPOSITIVE MOTION AND STATUS
CONFERENCE DEADLINES
CASE NO. CV-11-02143 EMC

1   Whereas, at the December 21, 2012 status update conference, the Parties notified the
2   Court that the Parties were amenable to further settlement negotiations following Plaintiff's
3   completion of certain deposition discovery;

4   Whereas, Plaintiff has now completed her remaining deposition discovery and the Parties
5   have recently resumed their settlement negotiations;

6   Whereas, at the December 21, 2012 status update conference, Defendants notified the
7   Court that Defendants intended to move for summary judgment or, in the alternative, summary
8   adjudications of all or some of Plaintiff's claims;

9   Whereas, at the December 21, 2012 status update conference, Court notified the Parties
10  that the Court would consider a request from the Parties to extend the deadline for filing
11  dispositive motions, if the parties were engaged in good faith settlement discussions;

12  Whereas the Parties are currently engaged in good faith settlement discussions and wish to
13  avoid incurring the time and expense of moving for, or opposing, dispositive motions pending
14  ongoing settlement discussions;

15  Therefore, the Parties stipulate to, and request the Court, extend the deadline to file
16  dispositive motions—by four weeks—from February 14, 2013 to **March 14, 2013**;

17  Therefore, the Parties stipulate to, and request the Court, continue the hearing on
18  dispositive motions from March 21, 2013 to **April 18, 2013 at 1:30 p.m.**;

19  Therefore, the Parties stipulate to, and request the Court, continue the next status
20  conference from March 21, 2013 to **April 18, 2013 at 1:30 p.m.;** and

21  Therefore, the Parties stipulate to, and request the Court, continue the deadline to file a
22  joint updated status report from March 14, 2013 to **April 11, 2013**.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO CONTINUE
DISPOSITIVE MOTION AND STATUS
CONFERENCE DEADLINES
CASE NO. CV-11-02143 EMC

| | | |
|---|---|---|
| 1 | Dated: January 29, 2013 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | */s/ L. Julius M. Turman*<br>L. JULIUS M. TURMAN |
| 4 | | PHILIP J. SMITH<br>Attorneys for Defendant |
| 5 | | THERAKOS, INC. and JOHNSON &<br>JOHNSON |

Dated: January 29, 2013          LAW OFFICES OF MICHAEL T. WELCH

By   */s/ Michael T. Welch*
　　　Michael T. Welch
　　　Attorneys for Plaintiff
　　　CHARO OROSA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __2/1__, 2013

By _____
　　Honorable [ ]
　　United States [ ]

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

**FILER'S ATTESTATION**

I, Philip J. Smith, am the ECF user whose identification and password are being used to file Defendants Therakos, Inc. and Johnson & Johnson's, as well as Plaintiff Charo Orosa's, Stipulation and [Proposed] Order Modifying Case Management Conference and Pretrial Order for Jury Trial, as to Dispositive Motion and Status Cnference Deadlines. In compliance with General Order 45.X.B, I hereby attest that Michael T. Welch concurs in this filing.

　　　　　　　　　　　　　　　　　　　　　*/s/ Philip J. Smith*
　　　　　　　　　　　　　　　　　　　　　Philip J. Smith
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　THERAKOS, INC. and JOHNSON &
　　　　　　　　　　　　　　　　　　　　　JOHNSON

DB2/ 23860087.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION TO CONTINUE
DISPOSITIVE MOTION AND STATUS
CONFERENCE DEADLINES
CASE NO. CV-11-02143 EMC